UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE BENIQUEZ,

                 Petitioner,              21 **CIVIL** 1467 (PAE)

         -against-                  **JUDGMENT**

JAY JOHNSON.

                 Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 12, 2023, the Court denies Beniquez's February 18, 2021 petition for a writ of habeas corpus The Court declines to issue a certificate of appealability. Beniquez has not made a substantial showing of a denial of a federal right. Appellate review is therefore not warranted. Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005); 28 U.S.C. § 2253. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith. Therefore, in forma pauperis status is denied for the purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 445 (1962).; accordingly, the case is closed.

**Dated:**  New York, New York
         June 12, 2023

                                                                     **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                            **BY:**

                                                                     **Deputy Clerk**